UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Loretta M. Simmons                        Case No.     11-36429-KRH

Debtor                                         Chapter 13

    6336 Macbeth Court

    Richmond, VA 23234

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 6421

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $900.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 03/27/2012. ($250.00)

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 11/23/2012. ($250.00)

3. The Attorney has provided services to the Debtor(s) in connection with the filing of a post-confirmation modified plan on 04/01/2013 pursuant to the trustee's motion to dismiss on 03/04/2013. ($400.00)

There being no objection filed to the application for compensation in this matter to date in the amount of $900.00 and that the Chapter 13 trustee, Carl M. Bates, is authorized to pay an additional $900.00 to Christian D. DeGuzman from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                          UNITED STATES BANKRUPTCY COURT

                                          By_____
                                                     Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Christian D. DeGuzman

Christian D. DeGuzman (VSB#79336)
Attorney for Debtor
JANAF Office Building Suite 507
5900 E. Virginia Beach Blvd.
Norfolk, VA 23502
Tel: (757)333-7336
Fax: (757)333-7873

Seen and agreed

/s/ Carl M. Bates
Carl M. Bates

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Christian D. DeGuzman
Christian D. DeGuzman

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

Loretta M. Simmons
Debtor
6336 Macbeth Court
Richmond, VA 23234